IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00727-REB-MJW

THE NATIONAL BANK OF HARVEY,

Plaintiff(s),

v.

BATHGATE CAPITAL PARTNERS, LLC, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Attorney B. Timothy Durick's Motion to Withdraw and Entry of Appearance and Substitution of Counsel (docket no. 10) is GRANTED. Attorney B. Timothy Durick is withdrawn as counsel of record for Defendant Steven Signer.  Attorney Steve A. Miller is now counsel of record for Defendant Steven Signer.

It is FURTHER ORDERED that Attorneys David S. Maring and Anthony J. Weiler's Unopposed Motion to Withdraw as Counsel for Defendant Bathgate Capital Partners, LLC (docket no. 8) is GRANTED.  Attorneys David S. Maring and Anthony J. Weiler are both withdrawn as counsel of record for Defendant Bathgate Capital Partners, LLC .  Attorney Steven D. Plissey is now counsel of record for Defendant Bathgate Capital Partners, LLC.

Date:  April 24, 2007