**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00727-REB-MJW

THE NATIONAL BANK OF HARVEY,

    Plaintiff,

v.

BATHGATE CAPITAL PARTNERS, LLC, and
STEVEN SIGNER,

    Defendants.

**ORDER OF DISMISSAL
AS TO DEFENDANT BATHGATE CAPITAL PARTNERS, LLC, ONLY**

**Blackburn, J.**

    The matter comes before the court on the **Motion for Dismissal with Prejudice of Plaintiff's Claims Against Defendant Bathgate Capital Partners, LLC** [#16], filed May 31, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiff's claims should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Motion for Dismissal with Prejudice of Plaintiff's Claims Against Defendant Bathgate Capital Partners, LLC** [#16], filed May 31, 2007, is **GRANTED**;

    2. That plaintiff's claims against defendant Bathgate Capital Partners, LLC **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and

costs; and

      3.  That defendant Bathgate Capital Partners, LLC is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

      Dated May 31, 2007, at Denver, Colorado.

                                    **BY THE COURT:**

                                    **s/ Robert E. Blackburn**
                                    **Robert E. Blackburn**
                                    **United States District Judge**