**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00727-REB-MJW

THE NATIONAL BANK OF HARVEY,

      Plaintiff,

v.

STEVEN SIGNER,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The matter comes before the court on the **Stipulation for Dismissal With Prejudice** [#32], filed November 15, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation for Dismissal With Prejudice** [#32], filed November 15, 2007, is **APPROVED**;

2.  That the Trial Preparation Conference set for June 27, 2008, is **VACATED**;

3.  That the jury trial set to commence July 21, 2008, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 16, 2007, at Denver, Colorado.

                **BY THE COURT:**

                <u>s/ Robert E. Blackburn</u>
                **Robert E. Blackburn
United States District Judge**